JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK JACKSON, | Case No. 2:22-01170 MEMF (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| J. BENDER, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting United States Magistrate Judge's Report and Recommendation, the Court adjudges the above-captioned case dismissed in its entirety.

DATED: March 10, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge